IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO. 8:23-cr-249-VMC-UAM

CHRISTOPHER RAYMOND JOSEPH,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION
## TO MODIFY A CONDITION OF PROBATION

Defendant, Christopher Joseph, through his undersigned counsel, hereby moves without opposition to modify one portion of one of the Additional Conditions of Probation imposed in the November 17, 2023 Judgment. (Doc. 59 at 5). The proposed modification is to the first sentence of Additional Condition of Probation Number 4, which currently states: "The defendant shall only use the Internet, computer, or smartphone for employment or educational purposes and refrain from viewing ISIS or Jihad-related videos." (Doc. 59 at 5, ¶ 4).

Mr. Joseph moves for a modification of this sentence so it would read, with the proposed modifications in boldface: "The defendant shall only use the Internet, computer, **or the on-line features of any** smartphone

for employment or educational purposes and refrain from viewing ISIS or Jihad-related videos **through any medium**."

The government, through SAUSA Joseph Wheeler, III, has no objection to the requested relief.

MEMORANDUM OF LAW

According to Fed. R. Crim. P. 32.1(c)(1), this Court has the discretion to modify a defendant's conditions of probation. Although a defendant is entitled to a hearing before the conditions of his probation are modified, he may waive his right to a hearing pursuant to Fed. R. Crim. P. 32.1(c)(2)(A). Mr. Joseph so waives his right to a hearing on this motion to modify. Additionally, according to 18 U.S.C. § 3563(c),

> The court may modify ... the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the conditions of probation.

18 U.S.C. § 3563(c).

The first sentence of Additional Condition of Probation 4 understandably limits Mr. Joseph's on-line activities as described. Yet, to the extent the use of a smartphone is included among the devices subject to this important limitation, it is apparent that it would relate to the use of

a smartphone's on-line capabilities, as opposed to the use a smartphone for its other, traditional uses, like using it telephonically or as a means of sending or receiving texts. Of course, using a smartphone for these latter purposes would be limited by the requirements of all of the remaining conditions of Mr. Joseph's probation.  But, as long as Mr. Joseph violates no other condition, he seeks a modification to clarify that Additional Condition 4 would not prevent him from using his smartphone to make and receive telephone calls and texts with friends, family, and others in the normal course of daily life, without a strict limitation to the areas of education and employment.

WHEREFORE, defendant moves to modify a portion of Additional Condition of Probation Number 4.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ Matthew Farmer
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 30th day of November, 2023:

SAUSA Joseph Wheeler, III
[Joseph.wheeler2@usdoj.gov](mailto:Joseph.wheeler2@usdoj.gov)

AUSA Cherie Krigsman
Cherie.Krigsman@usdoj.gov

<u>/s/ Matthew Farmer</u>
COUNSEL